IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mark A. Dare, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:06cv165 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Citibank N A, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on July 6, 2006(Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 25, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendants Kunkle, Javitch, Block and Rathbone, LLP, John and Jane Doe, and "One Up's", Motion to Dismiss pursuant to Fed. R. Civ. P. 41(B) (Doc. 15) is DENIED.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Susan J. Dlott
United States District Judge